# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DAVID HSIEH

VERSUS

APACHE DEEPWATER LLC, ET AL.

NO. 2021 CW 0699

**OCTOBER 05, 2021**

In Re: Schlumberger Technology Corporation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 670885.

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion advising that the parties have amicably resolved their differences and moving to dismiss this writ application.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT